1  Alex Weingarten (Bar No. 204410)                          JS-6
   aweingarten@spillaneweingarten.com
2  SPILLANE WEINGARTEN LLP
   1100 Glendon Avenue, Suite 1200
3  Los Angeles, California 90067
   (310) 229-9300
4  (310) 229-9380 (fax)

5  *Attorneys for Plaintiff and Counterclaim Defendant*
   BYRON Z. MOLDO AS ASSIGNEE FOR THE BENEFIT OF THE CREDITORS OF
6  SLB TOYS, USA, INC.

7  Patrick Fredette (Bar No. 207284)
   Patrick.fredette@mccormickbarstow.com
8  MCCORMICK BARSTOW LLP
   Scripps Center, Suite 1050
9  312 Walnut Street
   Cincinnati, Ohio 45202
10 Tel. (513) 762-7520
   Fax (513) 762-7521
11
   *Attorneys for Defendant and Counterclaimant*
12 AMERICAN HOME ASSURANCE COMPANY

13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15

16
17 BYRON Z. MOLDO, as Assignee for        Case No. 2:09-CV-9347 VBF (CWx)
   the Benefit of the Creditors of SLB
   Toys USA, Inc., a New York
18 Corporation,                           **ORDER RE STIPULATION OF
                                          DISMISSAL OF ACTION
19            Plaintiff,                  PURSUANT TO FRCP 41(A)**

20       v.

21 AMERICAN HOME ASSURANCE
   COMPANY, a New York corporation;
22 and DOES 1 through 20, inclusive,

23            Defendants.

24
   AND RELATED COUNTERCLAIMS
25

26
27
28

_____
STIPULATION RE DISMISSAL OF ACTION PURSUANT TO FRCP 41(A)

1   WHEREAS, the Parties to this Action have stipulated and agreed that the
2   Action, including all counterclaims, shall be dismissed in its entirety with prejudice;
3   and that all Parties shall bear their own costs and fees;
4   NOW, THEREFORE, it is hereby ORDERED that the Action, including all
5   counterclaims, shall be dismissed in its entirety with prejudice; and that all Parties
6   shall bear their own costs and fees.
7   The Order to Show Cause re: Dismissal set fro March 22, 2010 is ordered off
8   calendar.

**IT IS SO ORDERED.**

Dated:  March 16, 2010       By: _/s/ Valerie Baker Fairbank_
                                     Hon. Valerie B. Fairbank
                                     United States District Court Judge

---

STIPULATION RE DISMISSAL OF ACTION PURSUANT TO FRCP 41(A)
-1-